IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
BROWARD/FORT LAUDERDALE DIVISION
CASE NO.:
JUDGE:
MAGISTRATE:

ALBERTO HERNANDEZ,

    Plaintiff,

vs.

**COMPLAINT FOR DAMAGES**
FBN.: 156663

CELEBRATION CRUISE LINE, LLC.,

    Defendant.
_____/

**COMES NOW** the Plaintiff, ALBERTO HERNANDEZ, by and through her undersigned attorney and sues the Defendant, CELEBRATION CRUISE LINE, LLC. and alleges as follows:

1. This is an action for damages in excess of One Hundred Twenty-Five Thousand ($125,000.00) Dollars exclusive of interest and costs and/or is in excess of the Court's jurisdiction minimum and is a maritime action under Federal Law, including, but not limited to 28 U.S.C. 1331 and 1333.

2. That the Defendant, CELEBRATION CRUISE LINE, LLC is a foreign corporation registered to do business in the State of Florida and was and is doing business in Fort Lauderdale, Broward County, Florida at all times applicable hereto.

3. Jurisdiction is proper in this Court under 28 U.S.C. 1333 and 1331, which provides original jurisdiction to United States District Courts exclusive of state courts of "any civil case of admiralty or maritime jurisdiction", saving to suitors in all cases all other remedies to which they may be entitled.

1

4. Venue is proper in the Southern District of Florida in Broward County Florida that Defendant's principal place of business in Florida and this action arose from injuries sustained on a sea-going cruise that originated from Fort Lauderdale, Broward County, Florida.

5. Defendant has agreed in writing that jurisdiction and venue are proper in the Southern District of Florida in Broward County under the terms of the cruise ticket, boarding pass, special terms tendered by the Defendant to Plaintiff. A copy is attached hereto and marked as Exhibit "A"

6. On or about June 28th, 2009 the Defendant, CELEBRATION CRUISE LINE, LLC was/were owners, operators, managers and/or general agents for the cruise ship named **BAHAMAS CELEBRATION**. At that same time Plaintiff, ALBERTO HERNANDEZ, was a paying passenger aboard the **BAHAMAS CELEBRATION**. A copy of the Plaintiff's ticket and or portions of the boarding pass or the like are attached hereto (Exhibit "A"). The remainder, if any, of the ticket or passes are not in the possession of the Plaintiff, but is in the possession of Defendants.

7. On June 28th, 2009 the Plaintiff, ALBERTO HERNANDEZ, was a paying passenger on the aforesaid cruise ship which was at sea. As the Plaintiff was walking on the steps near the ships pool on the upper deck, he was injured as a direct and proximate result of the negligence of the Defendant when he slipped and fell on a transitory foreign substance.

2

8. That said negligence of the Defendant by and through its employees, servants and/or agents consisted of the following:

a) in creating a dangerous and unsafe condition to exist by placing or allowing to remain a transitory foreign substance upon the stairs and walkway in an area that a passenger would traverse on said ship. Said condition was known or should have been to exist by the Defendant by the use of reasonable care and diligence or in the alternative,

b) in failing to keep the stairs and walkways clean, dry and maintained in a safe and proper condition; or in the alternative;

c) in failing to have an adequate cleaning procedure; or in the alternative,

d) in failing to provide adequate lighting in the vicinity of the place of the accident; or in the alternative;

e) in failing to inspect the area; or in the alternative,

f) in failing to warn the Plaintiff of the dangerous conditions, which they knew or should have known, or in the alternative,

g) in failing to have proper and/or any anti skid stripes on the treads of the stairs or walkway.

9. That as a direct and proximate result of the negligence of the Defendant, CELEBRATION CRUISE LINE, LLC. their agents, servants, and/or employees, the Plaintiff, ALBERTO HERNANDEZ, was injured in and about his body and extremities, suffered severe injury in and about his body, suffered an aggravation of a known or unknown pre-

3

existing condition or disease, suffered broken bones and suffered pain therefrom, incurred medical and hospital expenses, suffered a physical handicap and/or scarring and disfigurement and his working ability was impaired, he lost wages, and he lost the capacity for the enjoyment of life. His injuries and losses are permanent within a reasonable degree of medical probability and are continuing in their nature. The Plaintiff will suffer such losses and impairments in the future.

10.   The Plaintiff has fully and timely complied with any and all of the conditions precedent necessary and or applicable to the bringing of this lawsuit.

**WHEREFORE** the Plaintiff, ALBERTO HERNANDEZ, sues the Defendant, CELEBRATION CRUISE LINE, LLC., individually for compensatory damages in excess of One Hundred Twenty-Five Thousand ($125,000.00) Dollars, exclusive of interest and costs and demands a trial by jury of all issues triable as of a right by a jury.

LAW OFFICES OF KLEMICK AND GAMPEL, P.A.
Attorneys for Plaintiffs
1953 SW 27th Avenue
Miami, Florida 33145
Telephone (305) 856-4577

BY: _____
CHRISTOPHER G. KLEMICK
(FBN: 0745413)